**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Gregory A. Johnson<br>       Jodie L. Johnson aka Jodie L Scott-Johnson<br><br>             Debtor(s) | CHAPTER 7<br><br>BKY. NO. 20-20700 GLT |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as trustee for BCAT 2017-19TT and index same on the master mailing list.

                                                    Respectfully submitted,

                                                    **/s/James C. Warmbrodt, Esquire**
                                                    James C. Warmbrodt, Esquire
                                                    Attorney I.D. No. 42524
                                                   KML Law Group, P.C.
                                                   BNY Mellon Independence Center
                                                   701 Market Street, Suite 5000
                                                   Philadelphia, PA 19106
                                                   412-430-3594
                                                   jwarmbrodt@kmllawgroup.com