IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKRUPTCY NO. 20-20700-GLT |
| GREGORY A. JOHNSON and ) | |
| JODIE L. JOHNSON, ) | |
| ) | CHAPTER 13 |
| Debtors. ) | |

NOTICE OF CHANGE OF ADDRESS OF DEBTORS

The mailing address of Debtors Gregory A. Johnson and Jodie L. Johnson has changed as follows:

Prior Address:

207 Kemerer Road
Latrobe, PA 15650

Current Address:

123 Larkspur Circle
Mount Pleasant, PA 15666

Dated: May 1, 2020                    /s/ Glenn R. Bartifay
                                       GLENN R. BARTIFAY, ESQUIRE
                                       Pa. Id. No. 68763
                                       Attorney for Debtor

                                       BARTIFAY LAW OFFICES, P.C.
                                       3134 Lillian Avenue
                                       First Floor
                                       Murrysville, PA 15668
                                       (412) 824-4011
                                       gbartifay@bartifaylaw.com

Declaration Under Penalty of Perjury by Individual Debtors

    We declare under penalty of perjury that we have read the within pleading, and that it is true and correct to the best of our knowledge, information, and belief.

Dated: May 1, 2020      Signature:    /s/ Gregory A. Johnson
                                                                                   GREGORY A. JOHNSON
                                                                                   Debtor

Dated: May 1, 2020      Signature:    /s/ Jodie L. Johnson
                                                                                   JODIE L. JOHNSON,
                                                                                   Joint Debtor