# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Gregory A. Johnson<br>Jodie L. Johnson aka Jodie L Scott-Johnson<br>Debtor(s)<br><br>Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as trustee for BCAT 2017-19TT<br>Movant<br>vs.<br><br>Gregory A. Johnson<br>Jodie L. Johnson aka Jodie L Scott-Johnson<br>Respondent<br><br>Robert H. Slone Trustee, (Trustee)<br>Additional Respondent | BK NO. 20-20700 GLT<br><br>Chapter 7<br><br>Related to Document No. 27 |

## CERTIFICATE OF SERVICE OF DEFAULT ORDER
## FOR RELIEF FROM THE AUTOMATIC STAY

I, James C. Warmbrodt, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on June 11, 2020, I served the above captioned pleading filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Gregory A. Johnson
123 Larkspur Circle
Mount Pleasant, PA 15666

Jodie L. Johnson aka Jodie L Scott-Johnson
123 Larkspur Circle
Mount Pleasant, PA 15666

Attorney for Debtor(s)
Glenn R. Bartifay, Esquire
3134 Lillian Avenue
First Floor
Murrysville, PA 15668
gbartifay@bartifaylaw.com

Trustee
Robert H. Slone Trustee
223 South Maple Avenue (VIA ECF)
Greensburg, PA 15601
robert.slone@7trustee.net

US Trustee
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
Ustpregion03.pi.ecf@usdoj.gov

Method of Service: electronic means or first class mail

Dated: June 11, 2020

/s/ James C. Warmbrodt, Esquire
James C. Warmbrodt, Esquire
jwarmbrodt@kmllawgroup.com
Attorney I.D. No. 42524
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: 412-430-3594
Attorney for Movant/Applicant