Certificate Number: 16339-PAW-DE-034615801

Bankruptcy Case Number: 20-20700



16339-PAW-DE-034615801

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 30, 2020</u>, at <u>12:12</u> o'clock <u>PM EDT</u>, <u>Gregory Johnson</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>June 30, 2020</u>          By:     <u>/s/Kelley Tipton</u>

                                      Name:   <u>Kelley Tipton</u>

                                      Title:  <u>Certified Financial Counselor</u>