Certificate Number: 16339-PAW-DE-034615802

Bankruptcy Case Number: 20-20700



16339-PAW-DE-034615802

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 30, 2020, at 12:12 o'clock PM EDT, Jodie Johnson completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   June 30, 2020    By:    /s/Kelley Tipton

Name:  Kelley Tipton

Title:  Certified Financial Counselor