**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Gregory A. Johnson** | Social Security number or ITIN | **xxx–xx–4112** |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Jodie L Johnson** | Social Security number or ITIN | **xxx–xx–0968** |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **20–20700–GLT**

# Order of Discharge                                                                                                     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Gregory A. Johnson                                                    Jodie L Johnson
                                                                                         aka Jodie L Scott–Johnson

_7/1/20_                                                                          **By the court:**  Gregory L. Taddonio
                                                                                                                     United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania

In re:                                                        Case No. 20-20700-GLT
Gregory A. Johnson                                            Chapter 7
Jodie L Johnson
        Debtors                 CERTIFICATE OF NOTICE
District/off: 0315-2         User: admin             Page 1 of 2          Date Rcvd: Jul 01, 2020
                             Form ID: 318            Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 03, 2020.
db/jdb         +Gregory A. Johnson,    Jodie L Johnson,    123 Larkspur Circle,    Mount Pleasant, PA 15666-2475
15216401        CBCS,   P.O. Box 2724,    Columbus, OH 43216-2724
15206547       +Coll Svc Ctr,    Pob 560,    New Kensington, PA 15068-0560
15216403       +Dynamic Recovery Solutions,    P.O. Box 25759,    Greenville, SC 29616-0759
15216404       +Excela Health,    PO Box 645677,    Pittsburgh, PA 15264-5254
15206551       +New Res-shellpoint Mtg,     55 Beattie Place,    Greenville, SC 29601-2165
15206552       +Parker McCay,    Patrick J. Wesner,    220 Lake Drive East,    Cherry Hill, NJ 08002-1165
15216407       +Quest Diagnostics,    P.O. Box 740717,    Cincinnati, OH 45274-0717
15216408        Radiologic Consultants Ltd.,    717 East Pittsburgh St.,    Greensburg, PA 15601-2636
15206554       +Recmgmt Srvc,    240 Emery Street,    Bethlehem, PA 18015-1980
15206555       +Security Credit Servic,    306 Enterprise Drive,    Oxford, MS 38655-2762
15206556       +Southern Ca,    2420 Professional Drive,    Rocky Mount, NC 27804-2253
15206557       +Star Chevrolet Nissan VV,    5200 State Route 30,    Greensburg, PA 15601-7873
15206558       +Tek-collect Inc,    Pob 1269,    Columbus, OH 43216-1269
15216409       +The Children's Institute,    1405 Shady Ave.,    Pittsburgh, PA 15217-1350
15216411        UPMC,   P.O. Box 371472,    Pittsburgh, PA 15250-7472
15206559       +Wells Fargo Dealer Svc,    Po Box 10709,    Raleigh, NC 27605-0709
15206560       +Westmoreland County Sheriff,    2 Main Street,    Greensburg, PA 15601-2481

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 02 2020 06:01:31      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
cr             +EDI: PRA.COM Jul 02 2020 08:53:00      PRA Receivables Management, LLC,     PO Box 41021,
                 Norfolk, VA 23541-1021
15216399        EDI: CAPITALONE.COM Jul 02 2020 08:53:00      Capital One,    P.O. Box 71083,
                 Charlotte, NC 28272-1083
15206546       +EDI: CAPITALONE.COM Jul 02 2020 08:53:00      Capital One Bank Usa N,    Po Box 30281,
                 Salt Lake City, UT 84130-0281
15216400       +E-mail/Text: ebn@carepayment.com Jul 02 2020 06:03:02      Carepayment,    PO Box 2398,
                 Omaha, NE 68103-2398
15206549        EDI: HFC.COM Jul 02 2020 08:53:00      Hsbc Bank Usa, N.a.,    Pob 4604,    Buffalo, NY 14240
15206550        EDI: JEFFERSONCAP.COM Jul 02 2020 08:53:00      Jefferson Capital Syst,    16 Mcleland Rd,
                 Saint Cloud, MN 56303
15216405       +EDI: CAPIO.COM Jul 02 2020 08:53:00      MBA LAW,    PO BOX 3269,    Sherman, TX 75091-3269
15206553       +E-mail/Text: colleen.atkinson@rmscollect.com Jul 02 2020 06:03:07       Receivable Management,
                 Pob 17305,    Richmond, VA 23226-7305
15208225       +EDI: RMSC.COM Jul 02 2020 08:53:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Wilmington Savings Fund Society, FSB, not in its i
15206548     ##+Global Lending Service,    5 Concourse Pkwy,    Atlanta, GA 30328-7104
                                                                                 TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2020                              Signature:   /s/Joseph Speetjens

```
District/off: 0315-2              User: admin              Page 2 of 2              Date Rcvd: Jul 01, 2020
                                  Form ID: 318             Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 1, 2020 at the address(es) listed below:
              Glenn R. Bartifay    on behalf of Debtor Gregory A. Johnson gbartifay@bartifaylaw.com,
               sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com
              Glenn R. Bartifay    on behalf of Joint Debtor Jodie L Johnson gbartifay@bartifaylaw.com,
               sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com
              James  Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, not in its
               individual capacity, but solely as trustee for BCAT 2017-19TT bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert H. Slone, Trustee    robertslone223@gmail.com,    rslone@pulsenet.com;pa07@ecfcbis.com
                                                                                             TOTAL: 5
```